

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00092-CR

| | | |
|---|---|---|
| QUINCEE ENGLISH, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1705897) |
| v. | § | August 24, 2023 |
| | § | Memorandum Opinion on Rehearing by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REHEARING

We withdraw our prior judgment from July 27, 2023 and issue this judgment in its place. This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth